**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03134-CMA-KMT

CHRISTOPHER FRENCL,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

In accordance with the Stipulation for Dismissal With Prejudice (Doc. # 9) signed by the attorneys for the parties hereto, it is

ORDERED that Plaintiff's claims against Defendant is DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs.

DATED:  January __29__, 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge